UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jehan Ibrahim MANSOUR,<br>Plaintiff<br><br>v.<br><br>CITIZENSHIP AND<br>IMMIGRATION SERVICES; FEDERAL<br>BUREAU OF INVESTIGATION | )<br>)<br>)<br>)  Plaintiff's Complaint for<br>)  Injunctive, Mandamus, and<br>)  Declaratory Relief<br>)<br>)<br>)<br>)<br>) |

### I.  Introduction

1. This is a writ of mandamus filed to compel the administrative agency to perform a legal duty. Jehan Ibrahim Mansour filed an application to adjust her status to lawful permanent resident on July 21, 2005. Although the Vermont Service Center is currently processing applications filed on July 24, 2006, they have not processed her application, which was filed a year earlier. This delay is unreasonable as a matter of law because it is well past normal agency processing times.

### II.  The Parties

2. Jehan Ibrahim Mansour is a citizen of Egypt. Ms. Mansour has an approved I-360 that was filed by her employer, Middle East Television Network, Incorporated. Plaintiff Jehan Ibrahim Mansour meets all the eligibility requirements to adjust her status to lawful permanent residence based on her approved Special Immigrant

1

Visa. Thus, she has an immediately available visa. Her application for adjustment has been pending since July 21, 2005. She currently resides at 1331 Eads Street, Apartment 901, Arlington, VA 22202.

3. The United States Citizen and Immigration Services ("USCIS") is the agency that possess sole jurisdiction to adjudicate permanent residency applications.

4. Defendant Federal Bureau of Investigation ("FBI") is the component of the Department of Justice that performs criminal records checks and other background checks upon request of USCIS on applicants for benefits under the immigration and nationality laws of the United States. The FBI operates within this district, with headquarters in Washington, D.C.

### III. Jurisdiction

5. Jurisdiction of the Court is predicated upon 28 U.S.C. §§ 1331 and 1346(a)(2) in that the matter in controversy arises under the Constitution and laws of the United States, and the United States is a Defendant. This Court also has jurisdiction over the present action pursuant to 28 U.S.C. § 2201, the Declaratory Judgment Act; 5 U.S.C. § 702, the Administrative Procedures Act; and 28 U.S.C. § 1361, regarding an action to compel an officer of the United States to perform his or her duty.

### IV. Venue

6. Venue is proper in this District under 28 U.S.C. § 1391(e), because a substantial part of the events and omissions giving rise to the claim occurred in this district and because Defendants operate within this district.

## V. Statement Of Facts

7. Plaintiff Jehan Mansour is a citizen of Egypt. She currently resides in Virginia. Ms. Mansour arrived in the United States on under a J-1 visa. Plaintiff has maintained lawful status since her entry.

8. On September 14th, Plaintiff applied to waive the foreign residency requirement. USCIS granted this waiver on January 25, 2005.

9. Employer Middle East Television Network filed a I-360 on February 17, 2005. USCIS approved the application on May 31, 2005.

10. Plaintiff file an I-485 application to adjust her status with USCIS on July 13, 2005.

11. Shortly after filing to adjust her status, Plaintiff filed a I-765 application for employment authorization. Both the I-765 and the I-131 must be renewed annually at a combined current cost of $645 a year.

12. Plaintiff was fingerprinted on September 9, 2005. Presumably, a complete criminal history check was completed by Defendant FBI shortly thereafter and the results were promptly provided to Defendant USCIS. Plaintiff has no criminal history.

13. On June 13th, 2007, Plaintiff filed a I-131 application for travel authorization. This application was approved on March 12, 2008.

14. Although Plaintiff has travel authorization from USCIS, reentry to the U.S. is usually difficult, requiring lengthy delays at secondary inspection.

15. Nothing in the INA or in Defendants' regulations requires that "background checks" be cleared in order for an adjustment of status application to be adjudicated. Pursuant to 8 U.S.C. § 1255(a), the status of an alien who was inspected and admitted or paroled into the United States may be adjusted by the Attorney General, in his discretion and under such regulations as she may prescribe, to that of an alien lawfully admitted for permanent residence if:

    a. the alien makes an application for such adjustment,

    b. the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and

    c. an immigrant visa is immediately available to her at the time her application is filed.

16. Other U.S. immigration agencies do not require name check clearance to approve adjustment of status applications. Where an adjustment of status application is adjudicated by the DOJ Immigration Courts, there is no requirement for name check clearance. In the Immigration Courts, DHS is represented by its component, Immigrations and Customs Enforcement, but DHS/ICE does not dispute the authority of the DOJ Immigration Judge to approve an I-485 adjustment application without name check clearance.

17. On February 4, 2008, USCIS issued a new policy that adjustment applications may now be adjudicated without regard to the lack of a completed name check, where the name check request has been pending over 180 days. Despite this change, Plaintiff's application still has not been adjudicated.

18. Plaintiff has had current visa availability from the date of the filing of her I-485 till the present. Plaintiff has no criminal history, nor any security problems, that would render her ineligible for adjustment to permanent resident status. Defendants have never provided plaintiff with any adverse information to which she could respond. This inaction amounts to an effective denial of her application, but without allowing her to know the reasons for this action, and an opportunity to respond.

19. Under the statute, Plaintiff's Application for adjustment of status to permanent resident has been unreasonably delayed and should be approved. According to the USCIS website, the Vermont Service Center is currently processing applications that were submitted a year after Plaintiff submitted her application. By their own standard, the delay is unreasonable. Furthermore, the statute does not require that security name checks be completed in order for adjustment of status pursuant to INA 245(a) be granted.

20. The FBI is required to provide background checks to federal law enforcement agencies upon request of those agencies, and is paid a fee for service by the agencies. Plaintiff's filing fees are used in part to pay the FBI for her background checks.

21. Defendants' refusal to timely adjudicate the adjustment applications has caused plaintiff great hardship. Plaintiff has been unable to fully participate in business and personal trips because of the difficulty in reentering the United States. She has suffered the delays attendant to entry to the United States on an advance parole. Maintenance of current work and travel authorization requires hundreds of dollars annually, plus at least annual trips to USCIS offices to have fingerprints taken again.

### VI. Exhaustion Of Remedies

22. Jehan Ibrahim Mansour has exhausted her remedies. She made numerous inquiries with USCIS regarding the status of her case. There are no further administrative acts Plaintiff can take to obtain the benefit for which she is entitled.

### VII. Causes of Action

COUNT ONE - Mandamus is proper because the delay is unreasonable

23. Plaintiff re-allege and incorporate by reference, as if fully set forth herein, the allegations in paragraphs 1-27 above.

24. Defendants' refusal to adjudicate Plaintiff's adjustment application within a reasonable time violates the INA, the APA and the Constitution. Plaintiff filed an application pursuant to 8 C.F.R. §245.2. USCIS has a duty to issue a decision of the filed permanent residency application. Pursuant to 8 C.F.R. § 254.2(a)(5), the adjustment of status applicant "[s]hall be notified of the decision of the director, and if the application is denied, the reasons for the denial." Mandamus is proper in this case because defendants have a clear duty to adjudicate the adjustment application, USCIS has not reached a decision, USCIS has provided no explanation for the delay, and there is no other adequate remedy available.

COUNT TWO - Requiring background checks to clear is ultra vires

25. Plaintiff re-alleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1-22 above.

26. Defendants' refusal to adjudicate Plaintiff's adjustment application on the ground that a background check has not cleared is ultra vires and constitutes a violation of the Immigration and Nationality Act.

COUNT THREE - the fingerprint delay is unreasonable

27. Plaintiff re-alleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1-22 above.

28. Defendants' failure to complete Plaintiff's name checks on a timely basis, or to provide adverse evidence and an opportunity to respond and then adjudicate Plaintiff's application, constitutes an unreasonable failure to act in violation of the Administrative Procedures Act, and denies Plaintiff due process and equal protection of the laws guaranteed by the Fifth Amendment of the United States Constitution.

### VIII.  Prayer For Relief

WHEREFORE, Plaintiff prays for the following relief:

A. Enter declaratory judgment that Plaintiff is eligible for adjustment of status pursuant to 8 U.S.C. §§ 1153(b)(2) and 1255(a), without regard to the Defendants' inability to complete background checks.

B. Order Defendant to complete background checks for Plaintiff on or before 15 days from filing of this complaint.

C. Order Defendants to adjudicate Plaintiff's application on or before 30 days from filing of this complaint.

D.  Enter a declaratory judgment that Defendants' regulations and procedures are ultra vires and in violation of 8 U.S.C. §§ 1153(b)(2) and 1255(a) in that the statute does not require a background check to be completed by the FBI before an application for adjustment of status can be approved.

E.  Issue temporary and permanent injunctions enjoining Defendants' from denying Plaintiff's application on the basis that background checks have not yet been completed by the FBI.

F.  Retain jurisdiction during the pendency of the above relief orders to insure compliance with the court's orders.

G.  For reasonable costs and attorneys' fees; and

H.  For such other relief as the Court may deem just and proper.

Respectfully submitted,

_____
Lynn Garfinkel, Esq.
DC Bar # 978471
Attorney for Plaintiff
Yacub Law Offices, LLC
307 E. Annandale Rd., Suite 201
Falls Church, VA 22042
Tel: 703-533-2347
lgarfinkel@yacublaw.com

Date:
Monday, July 07, 2008

8

08-1198
HHK

JS-44
(Rev. 1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Jehan I. Mansour

97799

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Lynn Garfinkel, Esq.
Yacub Law Offices, LLC
307 E. Annandale Rd., Ste. 201
Falls Church, VA 22042

## DEFENDANTS
USCIS and FBI

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01198
Assigned To : Kennedy, Henry H.
Assign. Date : 7/10/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☒ **C. Administrative Agency Review**
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

not USA
not USAG

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

(●) 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1331, 1346(a)(2), 1361, 2201 & 5 U.S.C. § 702. Mandamus action is proper b/c of USCIS's unreasonable delay adjudicating application

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 7/7/08   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



Home  Contact Us  Site Map  FAQ

Search
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[Print This Page]  [Back]

# U.S. Citizenship and Immigration Services
## Vermont Service Center Processing Dates
### Posted June 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Vermont Service Center** Posted June 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | February 16, 2008 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | August 05, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | November 12, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be | April 10, 2008 |

https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=VSC    6/23/2008

| | | issued abroad | |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 10, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | December 24, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | March 27, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 16, 2008 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | December 18, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | December 18, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | July 30, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | July 02, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | June 04, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | February 25, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 18, 2006 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | June 04, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 12, 2008 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |

| | | | |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 21, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | July 30, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | December 31, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 24, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | August 20, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | August 20, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 21, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | April 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 04, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | March 04, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 04, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | March 04, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | March 04, 2008 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 04, 2008 |

Case 1:08-cv-01198-HHK    Document 1-5    Filed 07/10/2008    Page 4 of 7

| | | | |
|---|---|---|---|
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | August 06, 2007 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | September 03, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | August 06, 2007 |
| N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | July 16, 2007 |

[ Print This Page ]    [ Back ]

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** EAC-04-255-52286 | **CASE TYPE** I612 APPLICATION TO WAIVE FOREIGN RESIDENCE REQUIREMENTS |
| **RECEIPT DATE** September 14, 2004 | **PRIORITY DATE** | **APPLICANT** MANSOUR, JEHAN I. |
| **NOTICE DATE** January 25, 2005 | **PAGE** 1 of 1 | |

JEHAN I. MANSOUR
1200 N VEITCH STREET #1420
ARLINGTON VA 22201

**Notice Type:** Approval Notice

The United States Information Agency, based upon a recommendation from an interested Government agency, has recommended that you and any members of your immediate family be granted a waiver of the two-year foreign residence requirement of Section 212(e) of the Immigration and Nationality Act, as amended. This recommendation only refers to the two-year foreign residence obligation which was incurred based on your current or prior nonimmigrant status as a J-1 Exchange Alien.

Accordingly, upon consideration of the evidence of record, and on the basis of the favorable recommendation of the United States Information Agency, you, and any members of your immediate family who have become subject to the two-year foreign residence requirement solely based on their relationship to you, are hereby granted a waiver of the two year foreign residence requirement of Section 212(e) of the Act.

Please note that if any member of your immediate family has incurred an obligation to fulfill the two-year foreign residence requirement of Section 212(e) of the Act based on his or her own current or prior nonimmigrant status as a J-1 Exchange Alien, that family member will need to request a separate waiver in his or her own behalf to remove that obligation.

This completes our action on this application. The back of this form contains additional general information. If you have any further questions, please call your local Immigration office.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

### THE UNITED STATES OF AMERICA

# Fingerprint Notification

| | |
|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | NOTICE DATE<br>08/01/2005 |
| APPLICATION NUMBER<br>EAC0520951785 | SOCIAL SECURITY NUMBER | USCIS A#<br>A098771480 |
| | SERVICE CENTER<br>ESC | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JEHAN MANSOUR
7600 BOSTON BOULEVARD SUITE 100
SPRINGFIELD, VA 22153

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS ALEXANDRIA<br>8850 Richmond Highway<br>ALEXANDRIA, VA 22309 | 08/31/2005<br>6:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:  ☒ Wednesday afternoon   ☒ Saturday afternoon

U.S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS ALEXANDRIA
8850 Richmond Highway
ALEXANDRIA, VA 22309

If you have any questions regarding this notice, please call 1-800-375-5283.


APPLICANT COPY

APPLICATION NUMBER
EAC0520951785

**WARNING!**
Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797 (Rev. 01/31/05) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE: I360 PETITION FOR AMERASIAN, WIDOWER |
| --- | --- |
| EAC-05-095-53137 | OR SPECIAL IMMIGRANT |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| --- | --- | --- |
| February 17, 2005 | February 16, 2005 | MIDDLE EAST TELEVISION NETWORK INC |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| May 31, 2005 | 1 of 1 | MANSOUR, JEHAN I. |

Notice Type: Approval Notice
Section: Other

MIDDLE EAST TELEVISION NETWORK INC
C/O SUSAN A KING
7600 BOSTON BLVD SUITE 100
SPRINGFIELD VA 22153

The above petition has been approved.

The petition indicates that the person the petition is for is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain a Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

Please read the back of this form carefully for more information.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 11/28/03) N